COMMONWEALTH of Pennsylvania, Appellee,

v.

Robert **BOYDEN, Sr., Appellant.**

Supreme Court of Pennsylvania.

Submitted April 27, 1999.

Decided Aug. 5, 1999.

Robert F. Pappano, Asst. Pub. Defender, Office of the Public Defender, for Robert Boyden.

Patrick L. Meehan, Dist. Atty., Michelle P. Hutton, Asst. Dist. Atty., A. Sheldon Kovach, Deputy Dist. Atty., Office of the District Attorney, for Commonwealth.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN, and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

AND NOW, this 5th day of August, 1999, we dismiss this case as having been improvidently granted.

Justice NIGRO dissents.